DAY'S INC.

v.

**Lorraine ST. CLAIR et al.**

Supreme Judicial Court of Maine.

Argued March 5, 1982.

Decided May 14, 1982.

Reef & Mooers, P. A., William B. Jordan (orally), Hunt, Thompson & Bowie, M. Roberts Hunt, Peter P. Michaud, Portland, for plaintiff.

Rocheleau, Fournier & Lebel, P. A., Ronald P. Lebel (orally), Lewiston, for defendants.

Before McKUSICK, C. J., and GODFREY, NICHOLS, ROBERTS, CARTER and WATHEN, JJ.

MEMORANDUM OF DECISION.

Judgment of the Superior Court affirmed by an evenly divided court. No costs on appeal allowed to either appellee or appellant.

All concurring.